COMPLAINT

12-413-CV LMB

I am writing this court in reguards to my rights being violated. I am being tourtured and i believe i am a scientific study of the U.S. Government, and have been for some 4 years. After 2 years of being tortured, and diseased, somebody informed me that I was possibly a scientific study of the government. After realizing that doctors would not provide me medical attention, I decided to research the theory of scientific studies of the government. After seeing things that the government have done to other people, I read that if you inform them to stop, it is the federal law that they have to stop immediately. I then called Senator Boxwood's office in Sacramento, California, who to my suprise, sent me an application to see if I was. A sent an application back and, after two ~~years~~ months of jerking me around, they informed me that it was not in their abilities to help me at that time. I then went to the capital in

California and saw the senator of my district. He took my name and Social Security number. Then gave me a telephone number to the government who handle these issues. They told me they couldn't help unless I knew which agency was preforming it. I am now seeking your help to find out that information.

There is a whole lot more to this story. My following requests are: 1) an invesigation to find which agency is doing this. 2) And legal counsel, as I know they have diseased me.

This court is my only hope for help and relief. There are many witnesses to this, as I said, and this is why I need legal counsel.

I would also like to recieve medical attention to find out what they have diseased me with.

Sincerely,
Virgil Allen

U.S. COURTS
AUG 0 8 2012
Rcvd ST Filed
ELIZABETH A. SMITH Time 12:06
CLERK, DISTRICT OF IDAHO

To whom it may concern,

I, Nedra Beach the mother of Virgil Allen, have witnessed the cruel and inhuman actions in experimental nature by the government/drug companys or other agencies on him daily.

1. unexplained rashes
2. head swelling out of shape; when Dr. ordered cat scans or other x-rays, they were denied.
3. green bowel movements that stain toilet
4. can't see sometimes because of flashing lights in his eyes
5. Is physically ill every two or three weeks for no reason; this lasts for about 4 or 5 days.
6. Has to cover his eyes because the light hurts them so badly.
7. Gets rashes for no reason

Please find out who is experimenting on him and make them stop.

Thank You,
Nedra Beach